AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>NDUKWE ANYAOGU | )<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| Case No: | 20-CR-00179-08 (DLC) |
| USM No: | 45824-510 |

Date of Original Judgment:      11/01/2023
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Mark S. DeMarco                  AUSA Jun Xiang
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated     11/01/2023     shall remain in effect.
**IT IS SO ORDERED.**

Order Date:     7/19/24

Effective Date: _____
      *(if different from order date)*

_____
*Judge's signature*

Denise Cote, U.S. District Judge
*Printed name and title*